UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.: 7:16-CR-116-15D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BRAYLYNN SPENCER, | ) | |
| Defendant | ) | |

This matter comes before the Court on the Defendant's Motion to Allow Defendant to Travel for Family Funeral. Upon consideration of the circumstances and for the reasons and good cause shown, the motion is GRANTED.

This the 5 day of July, 2018.

_____
Chief United States District Court Judge
Honorable James C. Dever III